IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-02506-MSK

ERNEST HANEY,

     Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security

     Defendant.

_____

**ORDER SETTING ORAL ARGUMENT**
_____

THIS MATTER comes before the Court following review of the file, administrative record and briefs submitted,

IT IS THEREFORE ORDERED that a **one hour** oral argument hearing will be held on **September 7, 2005** at **8:00 a.m.**, in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. **Oral argument will be limited to 15 minutes per side**.

Dated this 15th day of July, 2005.

                                       **BY THE COURT:**

                                       */s/ Marcia S. Krieger*
                                       _____

Marcia S. Krieger
United States District Judge