IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-02506-MSK

ERNEST HANEY,

       Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security

       Defendant.

_____

### ORDER GRANTING STIPULATED MOTION FOR PLAINTIFF'S COSTS
_____

The parties having filed a Stipulated Motion for Plaintiff's Costs (**#20**), and the Court finding

that the parties have stipulated to the cost award, it is

ORDERED that payment be made in the amount of $150.00 to Plaintiff's attorney.

DATED this 27th day of September, 2005.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge